# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00596-CV

**Mark David Matthews, Appellant**

**v.**

**Terressa Marshall Matthews, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. FM307695, HONORABLE PETER M. LOWRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Mark David Matthews filed a notice of restricted appeal from the divorce decree below. His brief was due November 29, 2004. On January 3, 2005, this Court's clerk sent notice to Matthews that his brief was overdue. The notice cautioned that this appeal would be dismissed if Matthews failed to file by January 13, 2005 either a brief or an explanation for the failure to file a brief. He has filed no such brief or explanation. We dismiss this cause for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed for Want of Prosecution

Filed:   February 4, 2005